IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 27 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ROBERT MURRAY,  )  <br> )  <br> Plaintiff )  <br> )  <br> v. )  <br> )  <br> GEORGE G. BRANTLEY )  <br> ANN B. HARRIS )  <br> ALAN G. POOLE )  <br> CHRISTOPHER HANSARD )  <br> DAVID EMERSON, and )  <br> JULIE ADAMS JACOBS )  <br> )  <br> Defendants. ) | CASE NO. <br><br> 1:25-CV-6130 |

**PLAINTIFF'S NOTICE OF UNAVAILABILITY AND MOTION FOR LEAVE OF ABSENCE**

Plaintiff Robert Murray respectfully notifies the Court and all parties that he will be unavailable for any hearings, conferences, or filings from November 25, 2025 through January 13, 2026 due to scheduled airline upgrade training required for advancement in his professional employment as a commercial pilot.

Plaintiff therefore respectfully requests that no hearings or deadlines be scheduled during this period and that any existing matters be postponed until his return.

1

This request is made in good faith and not for the purpose of delay.

Plaintiff respectfully requests leave of absence from all proceedings during the period of November 25, 2025 through January 13, 2026. Plaintiff will promptly comply with any Court orders or scheduling directives issued after completion of his training on January 13, 2026.

This Motion is accompanied by Plaintiff's Verification filed contemporaneously herewith.

Respectfully submitted this 27th day of October 2025.

_____
Robert Murray
Plaintiff, Without Representation

HOME
3871 Wyntuck Court
Kennesaw, GA 30152
Cell: 770-490-3020
pilotRmurray@gmail.com

PLEASE ADDRESS US MAIL TO:
5775 Cains Cove Road
Cumming, GA 30041

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 27 2025

KEVIN P. WEIMER, Clerk

ROBERT MURRAY, )
)
Plaintiff )
)
v. ) CASE NO.
)
GEORGE G. BRANTLEY )
ANN B. HARRIS ) 1:25-CV-6130
ALAN G. POOLE )
CHRISTOPHER HANSARD )
DAVID EMERSON, and )
JULIE ADAMS JACOBS )
)
Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing *Notice of Unavailability and Motion for Leave of Absence* with the Clerk of Court by hand delivery on this 27th day of October 2025. Because service of process has not yet been completed, no defendants have appeared. A copy of this filing will be served on all defendants promptly after issuance of summons in accordance with Federal Rule of Civil Procedure 4.

Respectfully submitted this 27th day of October, 2025.

Robert Murray
Plaintiff, Without Representation
3871 Wyntuck Court
Kennesaw, GA 30152
770-490-3020 (cell)
pilotRmurray@gmail.com

4

## VERIFICATION

I, Robert Murray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I have read the foregoing Notice of Unavailability and Motion for Leave of Absence, and the statements contained therein are true and correct to the best of my knowledge, information, and belief.

2. I filed the foregoing Notice of Unavailability and Motion for Leave of Absence with the Clerk of Court by hand delivery on this 27th day of October 2025.

3. A copy of this filing will be served on all defendants promptly after issuance of summons in accordance with Federal Rule of Civil Procedure 4.

4. I am scheduled to attend upgrade training with my airline commencing November 25, 2025 and continuing through January 13, 2026.

5. This training is required for my upgrade as a commercial airline pilot.

6. Rescheduling this training would result in significant financial loss, loss of career advancement opportunity, and would adversely affect my standing with my employer.

Executed this 27th day of October, 2025.

Sworn and subscribed before me
this 27th day of October, 2025

_____
Notary Public

[Notary Seal: SCOTT CRAFT, NOTARY PUBLIC, COBB COUNTY, GEORGIA]

Robert Murray
Plaintiff, without representation
3871 Wyntuck Court
Kennesaw, GA 30152
770-490-3020 (cell)
pilotRmurray@gmail.com

3