**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ROBERT MURRAY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HANSARD, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION FILE<br>NO.: 1:25-cv-06130-WMR |

**DEFENDANT CHRISTOPHER HANSARD'S MOTION TO DISMISS**

COMES NOW Defendant Christopher Hansard, in his official capacity, and, without waiving defenses that might be presented, moves this Court to dismiss Plaintiff's claims against him in their entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In support of this Motion, Defendant relies upon the brief filed contemporaneously herewith.

**CERTIFICATE OF TYPE STYLE**

This document was prepared using Century Schoolbook 13-point font.

[***DATE AND SIGNATURE ON NEXT PAGE***]

Respectfully submitted this 29th day of December, 2025.

COBB COUNTY ATTORNEY'S OFFICE
Attorneys for Defendant Hansard

By: */s/Melissa Tatum*
MELISSA TATUM
Senior Associate County Attorney
State Bar No. 001344
LAUREN S. BRUCE
Assistant County Attorney
State Bar No. 796642
H. WILLIAM ROWLING, JR.
County Attorney
State Bar No. 617225

100 Cherokee Street, Suite 350
Marietta, GA 30090
770-528-4000 (phone)
770-528-4010 (facsimile)
Melissa.Tatum@cobbcounty.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **DEFENDANT HANSARD'S MOTION TO DISMISS COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

G. Keith Pridgen, Jr.
40 Capital Square SW
Atlanta, GA 30334
kpridgen@law.ga.gov

I further certify that I have mailed, by United States Postal Service, postage prepaid, the foregoing document to the following non-CM/ECF participant:

Robert Murray
5775 Cains Cove Road
Cumming, GA 30041
*Pro-Se Plaintiff*

This this 29th day of December, 2025.

By: */s/ Melissa Tatum*
MELISSA TATUM
Senior Associate County Attorney
State Bar No. 001344

100 Cherokee Street, Suite 350
Marietta, Georgia 30090
770-528-4000 (phone)
770-528-4010 (facsimile)
Melissa.Tatum@cobbcounty.gov