EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
ANGELA Z. BROWN
OCT 28, 2024 09:39 AM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| Robert Murray<br>Plaintiff,<br><br>vs.<br><br>Vic Brown Hill, individually and<br>Hill MacDonald, LLC,<br>Defendants. | } | CAFN: 23104461 |

**RENEWED MOTION FOR RECUSAL OF THE ENTIRE BENCH OF THE COBB COUNTY SUPERIOR COURT, OR IN THE ALTERNATIVE RECUSAL OF THE HONORABLE ANGELA Z. BROWN**

COMES NOW Robert Murray ("Plaintiff'), and files this Renewed Motion for the Recusal of the Entire Bench of the Cobb County Superior Court, or in the alternative, the recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court showing this Court as follows:

1.

On or about June 25, 2024, Plaintiff filed a Motion For Recusal of the Entire Bench of the Cobb County Superior Court accompanied with a supporting affidavit, which are hereby incorporated by reference as though fully set forth herein.

2.

On August 27, 2024, the Honorable D. Victor Reynolds recused himself from presiding over this case.

3.

Following Judge Reynolds' recusal, the Clerk of the Cobb County Superior Court assigned this case to Judge Angela Z. Brown.



EXHIBIT
1

4.

Although it has been more than 90 days (See OCGA. §15-6-21 (b)), a ruling on the recusal of the entire bench of the Cobb County Superior Court is still pending.

5.

As the circumstances giving rise to Plaintiff's original motion remain unchanged, Plaintiff files this Renewed Motion to Recuse the Entire Bench of the Cobb County Superior Court and to afford Judge Brown an opportunity to voluntarily recuse from this matter to avoid any appearance of impropriety.

6.

Plaintiff has a constitutionally protected right to a fair and impartial judiciary. Plaintiff also has a right to have his complaint adjudicated in a timely manner. This case is ready to move forward.

**WHEREFORE**, Plaintiff respectfully prays:

(a) All Cobb County Superior Court Judges voluntarily recuse from this case including the Honorable Angela Z. Brown, or in the alternative, pursuant to USCR 25, the Chief Judge of the Cobb Judicial Circuit issue a voluntary and immediate recusal of all Cobb Judicial Circuit Judges from this case;

(b) That the case be assigned to a Superior Court Judge outside the Cobb Judicial Circuit pursuant to Georgia statutes and Superior Court rules;

(c) For such other relief as this Court deems just, equitable, and proper.

Respectfully submitted this 28th day of October 2024.

Mailing Address:
5775 Cains Cove Road
Cumming, GA 30041

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
CASE No 23.1.4461 IN THIS OFFICE
THIS 23rd DAY OF December 20 25
DEPUTY CLERK COBB COUNTY COURT, COBB COUNTY GEORGIA

/s/ Robert G. Murray
Robert G. Murray
3871 Wyntuck Court
Kennesaw, GA 30152
pilotRmurray@gmail.com

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ROBERT MURRAY,<br><br>Plaintiff,<br>v.<br><br>VIC BROWN HILL, individually and<br>HILL MACDONALD, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 23104461 |

**CERTIFICATE OF SERVICE**

Pursuant to the Georgia Rules of Civil Procedure, I hereby certify that I have this date submitted the foregoing Renewed Motion for of the Recusal of the Entire Bench of the Cobb County Superior Court, or in the alternative, the recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court through the PeachCourt efile system which will automatically send electronic mail notification of such filing to the following counsel of record:

Jacob S. Madsen jsmadsen@fmglaw.com
Dana K. Maine dmaine@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

This 28th day of October, 2024.

*/s/ Robert G. Murray*
Robert G. Murray
3871 Wyntuck Court
Kennesaw, GA 30152
pilotRmurray@gmail.com

Mailing Address:
5775 Cains Cove Road
Cumming, GA 30041

Cc: Ifuero Obaseki, Staff Attorney for Judge Angela Z. Brown, Ifuero.Obaseki@cobbcounty.org
Jennifer Marcotte, Staff Attorney for Chief Judge A. Gregory Poole, Jennifer.Marcotte@cobbcounty.org