EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
OTHER
DEC 29, 2024 04:07 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| Robert Murray, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| vs. | ) | NO. 23104461 |
| Vic Brown Hill, individually and, | ) | |
| HILL MACDONALD, LLC, | ) | |
| Defendant. | ) | |
| ____________________________________ | ) | |

**PLAINTIFF'S WITHDRAWAL OF PLAINTIFF'S *MOTION FOR RECUSAL OF THE ENTIRE BENCH OF COBB COUNTY SUPERIOR COURT* AND PLAINTIFF'S *RENEWED MOTION FOR THE RECUSAL OF THE ENTIRE BENCH OF THE COBB COUNTY SUPERIOR COURT, OR IN THE ALTERNATIVE, THE RECUSAL OF THE HONORABLE ANGELA Z. BROWN OF THE COBB COUNTY SUPERIOR COURT***

COMES NOW Plaintiff, Robert Murray ("Plaintiff"), and hereby withdraws Plaintiff's *Motion for Recusal of the Entire Bench of the Cobb County Superior Court* (filed June 25, 2024) ("Motion to Recuse") and *Plaintiff's Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the alternative, the Recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court* (filed October 28, 2024) ("Renewed Motion to Recuse"), showing this Court as follows:

Pursuant to USCR 6.1 Plaintiff has filed an accompanying Affidavit – *Affidavit of Robert Murray* dated December 30, 2024 incorporated herein by reference.

EXHIBIT
2

On June 25, 2024, Plaintiff filed a *Motion for Recusal of the Entire Bench of the Cobb County Superior Court* incorporated herein by reference. On August 27, 2024, the then presiding judge, the Honorable D. Victor Reynolds, entered an order of voluntary recusal from this case. (Affidavit at ¶ 5).

The case was then assigned to the Honorable Angela Z. Brown. On October 28, 2024, Plaintiff filed a *Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the alternative, the Recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court* incorporated herein by reference. On October 31, 2024, Judge Brown entered an order of voluntary recusal from this case. (Affidavit at ¶ 5).

On December 4, 2024, the Honorable A. Gregory Poole, Chief Judge of the Superior Court of Cobb County entered a *Recusal Order,* incorporated herein by reference, issuing a voluntary and immediate recusal of all Cobb County Superior Court Judges and former Cobb County Superior Court Judges who now preside as senior judges of the State of Georgia. This order was made Nunc Pro Tunc to December 2, 2024.[1]

As all current judges of the Cobb County Superior Court, as well as former judges now serving as senior judges, have voluntarily recused from this case, the Motion to Recuse and the Renewed Motion to Recuse are now moot. See *Tucker v. City of Clarkston,* 368 Ga. App. 194, 196 (2023) finding an issue is moot "where a plaintiff receives the relief it seeks, where the relief sought is no longer available, or where a decision on the underlying question cannot have any practical effect on the existing controversy." (Citation and punctuation omitted.) See also

---

[1] On December 3, 2024, the Administrative Judge for the 7th Judicial Administrative District entered an order appointing Senior Judge David Emerson ("Senior Judge Emerson") to preside over the motion for recusal of the entire bench of Cobb County Superior Court. (Affidavit at ¶ 10).

*Chattahoochee v. Longleaf Energy Assoc*, 285 Ga. 859, (Ga. 2009) finding that once a judge has disqualified from participating in a case, a motion to recuse is denied as moot.

On December 11, 2024, an *Order Setting Hearing* was entered for January 3, 2025, on the Renewed Motion to Recuse. (Affidavit at ¶ 12). This court no longer has jurisdiction in this matter and this hearing should not be held. See *Shelley v. Town of Tyrone*, 302 Ga. 297, 308 (2017) finding "mootness is an issue of jurisdiction and thus must be determined before a court addresses the merits of a claim" and *Hutchinson v. Composite State Bd. of Med. Examiners*, 263 Ga. 186 (1993) finding moot matters pending before trial courts should not be decided.

Wherefore, Plaintiff withdraws his *Motion for Recusal of the Entire Bench of the Cobb County Superior Court* and his *Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the alternative, the Recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court*.

Respectfully submitted this 29th day of December, 2024.

/s/ Robert Murray
Robert Murray
3871 Wyntuck Court
Kennesaw, GA 30152
Phone: 770-490-3020
pilotRmurray@gmail.com

Please forward all US mail to:
Robert Murray
5775 Cains Cove Road
Cumming, GA 30041

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
CASE No 23.1.4461 IN THIS OFFICE
THIS 23rd DAY OF December 20 25
DEPUTY CLERK COBB COUNTY COURT, COBB COUNTY GEORGIA

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **ROBERT MURRAY,**<br>**Plaintiff,**<br>**vs.**<br><br>**VIC BROWN HILL, Individually;**<br>**HILL MACDONALD, LLC.**<br>**Defendants.** | **CIVIL ACTION FILE NO.**<br>**23-1-04461** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted – via the PeachCourt system - the foregoing Plaintiff's Withdrawal of Plaintiff's Motion for Recusal of the Entire Bench of the Cobb County Superior Court and Plaintiff's Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the alternative, the Recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court, and Affidavit of Robert Murray dated December 28, 2024, to the Clerk of the Court which will automatically send electronic mail notification of such filing to the following counsel of record:

Dana K. Maine
dmaine@fmglaw.com
Jacob S. Madsen
jsmadsen@fmglaw.com
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339-5948

This 29th day of December, 2024

*/s/ Robert Murray*
Robert Murray
3871 Wyntuck Court
Kennesaw, GA 30152
Phone: 770-490-3020
pilotRmurray@gmail.com

**Please forward all US mail to:**
Robert Murray
5775 Cains Cove Road
Cumming, GA 30041