FILED IN OFFICE
12/30/2024 02:30PM
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

ROBERT MURRAY, № 23104461

Plaintiff

versus

VIC BROWN HILL, individually and HILL MACDONALD, LLC,

Defendant

ORDER DENYING MOTION TO WITHDRAW RECUSAL MOTION

The court has set the plaintiff's renewed motion to recuse for hearing on January 3, 2025 at 9:00 a.m. in Superior Courtroom 4200 of the Cobb County Courthouse.

The plaintiff has now filed a motion to withdraw his motion to recuse the entire bench of the Cobb Superior Court and its active senior judges.

A close reading of Chief Judge Poole's recusal order shows that he granted a recusal of the entire bench and the Cobb County senior judges AS TO THE MOTION TO RECUSE and not as to the case itself.

That is shown in the third paragraph of the order which provides:

"IT IS FURTHER ORDERED that, pursuant to USCR 25.4(c)(3), the 7th Judicial Administrative District Administrative Judge, the Honorable D. Scott Smith, shall select a Judge outside the circuit **to hear the motion**." (Emphasis

CONNIE TAYLOR
CLERK SUPERIOR COURT
COBB COUNTY, GEORGIA



FILED IN COURT
THIS 12/30 20 24
AT 2:30 P.M
LISA MORGAN
DEPUTY CLERK

EXHIBIT
3

added.)

The motion is not moot. The court does not agree with the movant's misinterpretation of Chief Judge Poole's recusal order.

The hearing shall proceed as scheduled.

*So ordered* this December 30, 2024.

David Emerson
Senior Judge of Superior Courts
Presiding by Designation in Cobb County

Distribution List
Robert G. Murray 5775 Cains Cove Road, Cumming GA 30041
Jacob S. Madsen and Dana K. Maine, Attorney for the defendant, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339-5948

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
CASE No 23.1.4461 IN THIS OFFICE
THIS 23rd DAY OF December 20 25
DEPUTY CLERK COBB COUNTY COURT, COBB COUNTY GEORGIA