EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
OTHER
JAN 03, 2025 10:43 AM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

ROBERT MURRAY, № 23104461

Plaintiff

versus

VIC BROWN HILL, individually and HILL MACDONALD, LLC,

Defendant

# ORDER DENYING MOTION TO RECUSE ENTIRE COBB COUNTY BENCH

The court set the plaintiff's renewed motion to recuse for hearing on January 3, 2025 at 9:00 a.m. in Superior Courtroom 4200 of the Cobb County Courthouse.

The plaintiff/movant did not appear at that hearing.

The court issued an order making it clear to the parties that a close reading of Chief Judge Poole's recusal order shows that he granted a recusal of the entire bench and the Cobb County senior judges AS TO THE MOTION TO RECUSE and not as to the case itself.

The third paragraph of that order provided:

"IT IS FURTHER ORDERED that, pursuant to USCR 25.4(c)(3), the 7th Judicial Administrative District Administrative Judge, the Honorable D. Scott



EXHIBIT 4

Smith, shall select a Judge outside the circuit **to hear the motion**." (Emphasis added.)

The court expressly advised that the hearing would proceed.

Instead of appearing for the hearing, the plaintiff/movant filed a "Notice of No Pending Recusal Motions" on January 2, 2025.

The court had denied his motion to dismiss his recusal motion already.

The court notes that it is the court that determines the effect of its own orders-not the plaintiff.

As was noted in Judge Brown's order, the plaintiff's motion relates to an incident that he alleges occurred in the Cobb County Courthouse involving the attorney-spouse of another judge of the Cobb Circuit, the plaintiff's mother and a person named Matthew McMaster.

The plaintiff's motion sought to recuse the entire bench of Cobb Superior Court.

As Judge Eldridge noted in the opinion in Baptiste v. State,

> "As recently as Ga.L.1993, p. 981, the General Assembly amended OCGA § 15–1–8, which statutorily established the grounds for judicial recusal, as opposed to the procedure and interpretation provided by case law. "OCGA § 15–1–8 pertinently provides that a judge shall not sit in any case in which he has a pecuniary interest, a familial relationship with a party, or in any case in which he previously served as counsel or judge. The grounds for recusal in OCGA § 15–1–8 are exclusive and exhaustive, and courts may not add other grounds of disqualification to those stated in the statute."[1]

---

[1] Baptiste v. State, 229 Ga. App. 691, 697, 494 S.E.2d 530, 536 (1997).

This plaintiff fails to allege any of these grounds as to any of the eleven judges on the Cobb Superior Court bench.

In addition to the plaintiff's failure to appear to prosecute the motion, the court finds the motion to be legally insufficient.

The court therefore dismisses the motion.

The court takes judicial notice that Judges Harris, Reynolds and Brown have already voluntarily recused from this case.

The court directs the Clerk of the Cobb Superior Court to re-assign this case in accord with the normal process used to select a judge to handle this matter other than those three judges.

The defendants seek attorney's fees for having to respond to this motion under O.C.G.A. § 9-15-14. They raised that request in their response to the recusal motion.

The court reserves ruling on that request pending a response from the plaintiff.

*So ordered* this January 3, 2025.

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
CASE No 23-1-4461 IN THIS OFFICE
THIS 23rd DAY OF December 20 25
DEPUTY CLERK COBB COUNTY COURT, COBB COUNTY GEORGIA

David Emerson
Senior of Superior Courts
Presiding by Designation in Cobb County

Distribution List
Robert G. Murray 5775 Cains Cove Road, Cumming GA 30041
Jacob S. Madsen and Dana K. Maine, Attorney for the defendant, 100 Galleria

Parkway, Suite 1600, Atlanta, GA 30339-5948

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the *Order* in Civil Action Number **23104461** upon the parties in this matter by sending a true and correct copy by mail or by electronic means to the following:

murrayace231 pilotrmurray@gmail.com

Dana K. Maine dmaine@fmglaw.com

Jacob Madsen Jacob.Madsen@fmglaw.com

This 3th day of January, 2025.

Brett E. Conway
Staff Attorney
Senior Judges
Superior Court of Cobb County