EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
JULIE ADAMS JACOBS
APR 28, 2025 10:41 AM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA**

ROBERT MURRAY,

Plaintiff,

v.

VIC BROWN HILL, individually and HILL MACDONALD, LLC,

Defendants.

Civil Action File No. 23-1-4461

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SET ASIDE ORDERS ENTERED AFTER DECEMBER 11, 2024**

The above-styled case came before this Court on various pending motions, as detailed below.

**PROCEDURAL HISTORY**

The above-styled case was initiated through the filing of a *Complaint for Damages* on June 8, 2023. The filed pleadings and orders relevant to the instant Order include, but are not limited to, the following:

- Plaintiff's *Motion for Recusal of the Entire Bench of Cobb County Superior Court,* filed on June 25, 2024;
- *Defendant's Response to Plaintiff's Motion for Recusal of the Entire Bench of Cobb County Superior Court,* filed on July 25, 2024;
- Judge D. Victor Reynolds's *Sua Sponte Order of Recusal and Transfer,* filed on August 27, 2024;
- Plaintiff's *Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the Alternative Recusal of the Honorable Angela Z. Brown,* filed on October 28, 2024;

EXHIBIT 6

- Judge Angela Z. Brown's *Recusal Order,* filed on October 31, 2024;
- Chief Judge A. Gregory Poole[1]'s *Recusal Order,* filed on December 4, 2024, which recused the entire Cobb County Superior Court bench from hearing Plaintiff's *Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court,* and referred the case to the Seventh District to appoint a judge outside of the circuit to determine whether the entire Cobb County Superior Court bench should be recused;
- The *Order of Appointment,* appointing The Honorable David Emerson, Senior Judge, to hear the *Motion for Recusal of the Entire Bench of Cobb County Superior Court,* filed on December 3, 2024;
- *Plaintiff's Withdrawal of Plaintiff's Motion for Recusal of the Entire Bench of Cobb County Superior Court and Plaintiff's Renewed Motion for the Recusal of the Entire Bench of the Cobb County Superior Court, or in the Alternative, the Recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court* and accompanying *Affidavit of Robert Murray,* filed on December 29, 2024;
- The *Order Denying Motion to Withdraw Recusal Motion,* filed by Judge Emerson on December 30, 2024;
- Plaintiff's *Notice of No Pending Recusal Motions,* filed on January 2, 2025;
- *Defendant's Response to Plaintiff's Motion for Recusal of the Entire Bench of Cobb County Superior Court,* filed on January 2, 2025; and
- The *Order Denying Motion to Recuse Entire Cobb County Bench* filed by Judge Emerson on January 3, 2025.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This Court finds that although Plaintiff's reasoning and assumptions contained within *Plaintiff's Withdrawal of Plaintiff's Motion for Recusal of the Entire Bench of Cobb County Superior Court* and *Plaintiff's Renewed Motion for the Recusal*

---

[1] Judge A. Gregory Poole was the chief judge at the time the *Recusal Order* was filed but is no longer the chief judge as the date of the filing of this Order.

*of the Entire Bench of the Cobb County Superior Court, or in the Alternative, the Recusal of the Honorable Angela Z. Brown of the Cobb County Superior Court* ("Plaintiff's Withdrawal") and the accompanying *Affidavit of Robert Murray* are flawed, the effect of the pleadings are nonetheless the withdrawal of any pending Motion for Recusal. Since both Motions were properly withdrawn as a matter of right, this Court's orders dated December 30, 2024 (*Order Denying Motion to Withdraw Recusal Motion*) and January 3, 2025 (*Order Denying Motion to Recuse Entire Cobb County Bench*) are hereby **VACATED**. Since Plaintiff plainly withdrew his motions to recuse, even filing a subsequent *Notice of No Pending Recusal Motions,* there were no pending motions for recusal for this Court to consider.

Because the *Motion for Recusal of the Entire Bench of Cobb County Superior Court* and *Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the Alternative Recusal of the Honorable Angela Z. Brown* had both been withdrawn by Plaintiff, there is nothing pending for the assigned out-of-district judge to consider, and Chief Judge Poole's *Recusal Order* filed on December 4, 2024 is now moot.

This case was reassigned to Judge Jacobs at some point between January 3, 2025 and January 23, 2025.[2] Rather than seeking to recuse Judge Jacobs as soon as

[2] Judge Angela Z. Brown's filed her *Recusal Order* on October 31, 2024. The exact date that the case was reassigned to Judge Jacobs pursuant to Uniform Superior Court Rule 25 is not clear from the docket.

the assignment was made, Plaintiff filed *Plaintiff's Rule 21 Motion for Court Records* and *Brief in Support of Plaintiff's Rule 21 Motion for Court Records* on January 27, 2025, and requested a hearing with Judge Jacobs. By making this request, Plaintiff demands the opposite of recusal of Judge Jacobs – rather, Plaintiff demands that the Court take action on his pending motions.

Accordingly, the following motions remain outstanding as of the date of this Order:

1. *Plaintiff's Rule 21 Motion for Court Records* filed on January 27, 2025;
2. *Defendant's Motion to Strike Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Recusal of the Entire Bench of Cobb County Superior Court* filed on March 26, 2025; and
3. Defendant's request for attorney's fees and litigation costs pursuant to O.C.G.A. § 9-15-14 (included in *Defendant's Response to Plaintiff's Motion for Recusal of the Entire Bench of Cobb County Superior Court* filed on January 2, 2025).

The Court will hold a hearing on the outstanding motions on **July 24, 2025, at 9:00 a.m.** in Courtroom 7300 of the Cobb County Superior Courthouse.

Is it SO ORDERED this 28TH day of April, 2025.

JULIE ADAMS JACOBS, Judge
Superior Court of Cobb County

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
CASE No 23-1-4461 IN THIS OFFICE
THIS 23rd DAY OF December 20 25
DEPUTY CLERK COBB COUNTY COURT, COBB COUNTY GEORGIA

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **ROBERT MURRAY,** | ) | |
| **Plaintiff,** | ) | **Civil Action File No.** |
| **v.** | ) | **23-1-4461** |
| **VIC BROWN HILL, individually,** | ) | |
| **and HILL MACDONALD, LLC,** | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *Order Granting in Part Plaintiff's Motion to Set Aside Orders Entered After December 11, 2024*, in the above-styled case, as follows:

Robert Murray
5775 Cains Cove Road
Cumming GA 30041

Jacob S. Madsen
jsmadsen@fmglaw.com

Dana K. Maine
dmaine@fmglaw.com

Michael McMaster
mdmcmaster@mcmasterlegal.com

This the 28th day of April, 2025.

Karen Walker
Judicial Administrative Assistant to
Julie Adams Jacobs, Judge
Cobb Superior Court