FILED IN OFFICE
7/24/2025 09:00AM
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

ROBERT MURRAY,

Plaintiff,

v.

VIC BROWN HILL, individually and HILL MACDONALD, LLC,

Defendants.

Civil Action File No. 23-1-4461

CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA
FILED IN COURT
THIS 7/24 20 25
AT 9:00 AM
CARESSE JACKSON
DEPUTY CLERK

## ORDER OF RECUSAL

The above-styled matter was filed in Cobb County Superior Court on June 8, 2023. Following recusal orders filed by other judges within Cobb County Superior Court, the case was assigned to Judge Julie Adams Jacobs.

On July 23, 2025, Counsel for Plaintiff filed a *Complaint for Declaratory and Injunctive Relief* against a member of Judge Jacobs' staff in the Northern District of Georgia. Accordingly, the Court, *sua sponte*, issues a voluntary and immediate recusal from all issues pending in the above-styled matter pursuant to Canon 2 of the Code of Judicial Conduct and in compliance with Uniform Superior Court Rules 25.7 and 25.4.

The Cobb County Clerk of Superior Court is hereby ordered and directed to reassign the above-styled matter to another judge in the Superior Court of Cobb County under the procedure outlined in Uniform Superior Court Rules 25.4(C) and 25.7.

It is SO ORDERED this 24TH day of July, 2025.

JULIE ADAMS JACOBS
Judge, Superior Court of Cobb County

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.
CASE No 23.1.4461 IN THIS OFFICE
THIS 23rd DAY OF December 20 25
DEPUTY CLERK COBB COUNTY COURT, COBB COUNTY GEORGIA

EXHIBIT
7

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the parties in the foregoing matter with a copy of the ORDER OF RECUSAL via PeachCourt electronic service and hand delivery as follows:

Matthew McMaster
mmcmaster@mcmasterlegal.com
Attorney for Plaintiff

Kevin R. Stone
Kevin.stone@fmglaw.com
Dana K. Maine
dmaine@fmglaw.com
Jacob Madsen
Jacob.madsen@fmglaw.com
Attorneys for Defendants

This 24th day of July, 2025.

Karen Walker
Karen Walker
Judicial Administrative Assistant to Judge Julie Adams Jacobs, Superior Court of Cobb County