# EXHIBIT B

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
ANGELA Z. BROWN
DEC 04, 2024 06:06 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| ROBERT MURRAY,<br>Plaintiff,<br>vs.<br>VIC BROWN HILL, individually, and HILL MACDONALD, LLC.,<br>Defendants. | Civil Action File No.:<br>23104461 |

**RECUSAL ORDER**

Plaintiff, pursuant to Uniform Superior Court Rule (USCR) 25, moved to recuse the entire bench of the Superior Court of Cobb County. The case initially being assigned to the Honorable D. Victor Reynolds, was reassigned to the Honorable Angela Z. Brown after Judge Reynolds entered an order recusing himself from the case (attached). Judge Brown subsequently entered a similar order recusing herself on the same grounds (attached).

As the motion to recuse the entire Superior Court of Cobb County bench remains pending, the undersigned as the Chief Judge of the Cobb Judicial Circuit hereby and pursuant to Judicial Cannon 2.11 issues a **VOLUNTARY AND IMMEDIATE RECUSAL** of all Cobb County Superior Court Judges and former Cobb County Superior Court Judges who now preside as senior judges of the State of Georgia. **IT IS HEREBY ORDERED** that all such judges are **RECUSED** from any further proceedings in this case.

**IT IS FURTHER ORDERED** that, pursuant to USCR 25.4(C)(3), the 7th Judicial Administrative District Administrative Judge, the Honorable D. Scott Smith, shall select a judge outside the circuit to hear the motion.

SO ORDERED, this 4th day of December, 2024. Nunc Pro Tunc to December 2, 2024.

A. GREGORY POOLE
Chief Judge, Superior Court of Cobb County
Cobb Judicial Circuit

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
D. VICTOR REYNOLDS
AUG 27, 2024 02:39 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

ROBERT MURRAY,

Plaintiff,

v.

VIC BROWN HILL, individually, and HILL MACDONALD, LLC,

Defendants.

CIVIL ACTION FILE NO.

23-1-04461-69

**SUA SPONTE ORDER OF RECUSAL AND TRANSFER**

The Court hereby issues a voluntary and immediate recusal from matters pending in the above-styled action pursuant to the Georgia Code of Judicial Conduct Canon 2, Rule 2.11, and in compliance with Uniform Superior Court Rule 25. Canon 2, Rule 2.11(A) states that a judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

On June 25, 2024, Plaintiff filed his *Motion for Recusal of the Entire Bench of Cobb County Superior Court* ("Recusal Motion"). The basis for Plaintiff's Recusal Motion is an incident involving Plaintiff's mother and the attorney-spouse of another judge on the Cobb Superior Court bench, which occurred outside the courtroom following a hearing in which Plaintiff's Mother, along with Matthew McMaster, another attorney who practices in Cobb County, requested to record the hearing pursuant to Uniform Superior Court Rule 22. Before the Court was able to determine, pursuant to Uniform Superior Court Rule 25.3, the timeliness of the Recusal Motion, the legal sufficiency of the attached affidavit and whether recusal would be warranted assuming the facts alleged were true, Mr. McMaster filed a lawsuit in the Norther District of Georgia Federal Court against the undersigned judge and others. Mr. McMaster bases his lawsuit in part on the same hearing Plaintiff cites for his motion to recuse.

Based on the foregoing, in an effort to avoid any appearance of impropriety, the undersigned judge believes his recusal is appropriate. As such, a *sua sponte* recusal from the above-styled matter is hereby issued.

Because the Court believes that his recusal is appropriate in order to avoid any appearance of impropriety, the Court makes no finding or ruling on the timeliness of Plaintiff's motion, the legal sufficiency of the attached affidavit or whether recusal would be warranted assuming the alleged fact were true. Additionally, the Court notes that it has no authority to recuse the entire bench of the Superior Court of Cobb County as requested in Plaintiff's motion.

The Clerk of Superior Court for Cobb County is hereby ordered and directed to reassign, as expeditiously as possible, jurisdiction of this case pursuant to Uniform Superior Court Rule 25.7.

SO ORDERED, this 27th day of August, 2024.

D. Victor Reynolds, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
ANGELA Z. BROWN
OCT 31, 2024 02:53 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **ROBERT MURRAY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.: 23-1-04461** |
| **VIC BROWN HILL, individually, and HILL MACDONALD, LLC,** | ) | |
| **Defendants.** | ) | |

**RECUSAL ORDER**

The Complaint for Damages in the above case was filed on June 8, 2023. Upon review of the case, the Court makes the following findings and ORDERS as follows:

On June 25, 2024, Plaintiff filed his Motion for Recusal of the Entire Bench of Cobb County Superior Court. Judge Victor Reynolds subsequently recused himself, sua sponte, on August 27, 2024. This case was then signed to the undersigned judge. Subsequently, on October 28, 2024, Plaintiff filed his Renewed Motion for Recusal of the Entire Bench of the Cobb County Superior Court, or in the Alternative Recusal of the Honorable Angela Z. Brown. The basis for Plaintiff's Recusal Motion revolves around an incident involving Plaintiff's mother and the attorney-spouse of another judge on the Cobb Superior Court bench, which occurred outside the courtroom following a hearing in which Plaintiff's Mother, along with Matthew McMaster, another attorney who practices in Cobb County, requested to record a hearing pursuant to Uniform Superior Court Rule 22. Further, the record indicates that Mr. McMaster has filed a lawsuit in federal court in the Northern District of Georgia against Judge Reynolds and others.

Based on the foregoing, and pursuant to the Code of Judicial Conduct and Uniform Superior Court Rule 25.7, the Court finds that it is appropriate to recuse itself from presiding over the instant case.

The Court **ORDERS** that it be VOLUNTARILY RECUSED from the above case and **DIRECTS** the Clerk of the Court to re-assign the above case from Judge Angela Z. Brown to another Cobb County Superior Court Judge using the Cobb Judicial Circuit's random, impartial case assignment method. The Clerk is **FURTHER DIRECTED** to assign the next case in this category which would have been wheeled to the Judge receiving this re-assignment, to Judge Brown.

**SO ORDERED** this 31st day of October, 2024.

______________________________
The Honorable Angela Z. Brown
Judge, Cobb County Superior Court
Cobb Judicial Circuit