# EXHIBIT C

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
JASON D. MARBUTT
AUG 25, 2025 12:21 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **ROBERT MURRAY,** | ) | |
| **Plaintiff,** | ) | **Civil Action File No.:** |
| | ) | **23-1-04461** |
| **v.** | ) | |
| | ) | |
| **VIC BROWN HILL, individually and** | ) | |
| **HILL MACDONALD,** | ) | |
| **Defendants.** | ) | |

**ORDER OF RECUSAL**

The above-styled case came before this Court pursuant to the Recusal Order issued by Judge Kellie S. Hill on August 22, 2025. The Clerk notified the instant judge of the new assignment at approximately 4:29 on Friday, August 22, 2025. A review of the record shows a tortured trail of case assignments dating back to when the case was originally filed June 8, 2023.

For various reasons, the case has gone through no less than nine Superior Court Judges – Judge Harris (recused 6/16/2023 and again 8/15/2025), Judge Reynolds (recused 8/27/2024), Judge A. Brown (recused 10/31/2024), Judge Jacobs (recused 7/24/2025), Judge Childs (recused 8/14/2025), Judge Leonard (recused 8/15/2025), Judge Poole (recused 8/19/2025), Judge Hill (recused 8/22/2025), and Judge Marbutt (recusing in this order).

On December 2, 2024, then Chief Judge Poole issued an order appointing Senior Judge Emerson to rule on a Motion for Full Bench Recusal. Judge Emerson denied full bench recusal in an order filed January 3, 2025. However, Judge Jacobs, during the time she was presiding over the case, vacated Judge Emerson's order on April 28, 2025. She then recused the day she set for pending motions. A string of voluntary recusals has since followed, as detailed above.

At this point, the only two Cobb Superior Court Judges who have not had this case randomly assigned to them by the Clerk are Judge Thompson and Judge S. Brown. If ever there was a case where a full bench recusal seems appropriate, it would seem this is the case. A recusal does not speak to the merits of an action, and a voluntary recusal

is not a badge of dishonor to a judge. A recusal avoids the appearance of bias, even where none may exist. All litigants deserve a tribunal free from the appearance of bias.

For all of these reasons, and in consideration of Uniform Superior Court Rule 25.7 and Code of Judicial Conduct Rule 2.11, the Court hereby *sua sponte* issues a voluntary and immediate recusal from issues pending in the above-styled case. The Clerk is directed to reassign this matter to a different judge.

**SO ORDERED**, this 25th day of August, 2025.

Jason D. Marbutt
Superior Court Judge
Cobb Judicial Circuit