# EXHIBIT E

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
23104461
OCT 03, 2025 01:09 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

ROBERT MURRAY,
Plaintiff

CASE FILE NO.:

V.

23-1-4461

VIC BROWN HILL & HILL
MacDONALD, LLC.

Defendants

**ORDER OF APPOINTMENT**

There being the need for the temporary services of an additional Superior Court Judge in the Cobb Judicial Circuit; and

WHEREAS, The Honorable G. Grant Brantley, Senior Judge, Superior Court, State of Georgia, has agreed to assist the court in said assignment.

It is HEREBY ORDERED that Honorable G. Grant Brantley, Senior Judge, Superior Court, State of Georgia, is hereby appointed to preside in this action, said appointment becoming effective contemporaneously with the filing of this Order. Should the Honorable G. Grant Brantley have sufficient time remaining after this assignment, he will contact a presiding Judge and offer assistance on any other cases or matters pending on the scheduled day.

The Honorable G. Grant Brantley is hereby authorized and empowered to preside and discharge all the duties, power and authority of a Judge of the Superior Courts of the Cobb Judicial Circuit in Cobb Superior Court.

Let this Order, or a copy hereof, be filed with the Clerk of the Superior Court of Cobb County, Georgia, and with the office of the Seventh Judicial Administrative District.

This, the 3rd day October, 2025.

John E. Niedrach, ADMINISTRATIVE JUDGE
7th JUDICIAL ADMINISTRATIVE DISTRICT

cc. G. Grant Brantley, Senior Judge, State of Georgia
counsel of record