FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 15 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ROBERT MURRAY,

Plaintiff

v.

GEORGE G. BRANTLEY
ANN B. HARRIS
ALAN G. POOLE
CHRISTOPHER HANSARD
DAVID EMERSON, and
JULIE ADAMS JACOBS

Defendants.

**CASE NO. 1:25-CV-6130-WMR**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have filed the foregoing AMENDED COMPLAINT (SUPERSEDING COMPLAINT) FOR DECLARATORY AND INJUNCTIVE RELIEF with the Clerk of the Court by hand delivery this 15th day of January 2026.

I further certify that I have mailed by the United States Postal Service, with adequate postage affixed, the foregoing document addressed to the following counsel(s) of record:

Counsel for Defendant Hansard
Melissa Tatum,

Lauren S. Bruce,
H. William Rowling, Jr.
100 Cherokee Street, Suite 350
Marietta, GA 30090
Melissa.Tatum@cobbcounty.gov

Counsel for Defendants Brantley, Harris, Poole, Emerson, Jacobs
G. Keith Pridgen, Jr.
40 Capital Square SW
Atlanta, GA 30334
kpridgen@law.ga.gov

This 15th day of January, 2026.

Robert Murray
Plaintiff, without representation
3871 Wyntuck Court
Kennesaw, GA 30152
770-490-3020 (cell)
pilotRmurray@gmail.com