**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROBERT MURRAY,<br>Plaintiff(s),<br>vs.<br>GEORGE G. BRANTLEY, ET. AL.,<br>Defendant(s). | CIVIL ACTION FILE<br>NO. 1:25-cv-06130-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II., United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 9th day of September, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Casey Womack
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 9, 2026
Kevin P. Weimer
Clerk of Court

By: s/Casey Womack
Deputy Clerk